IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  CANAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1)  DOC TRANSPORTATION LLC, )<br>(2)  ROJELIO LARA, and )<br>(3)  OSCAR RODRIGUEZ, )<br>)<br>Defendants. ) | Case No. 26-cv-149-SLP |

## DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Canal Insurance Company, Plaintiff herein, and no opposing party having filed an answer or motion for summary judgment or having otherwise appeared, does dismiss this lawsuit, and all claims asserted therein as to all parties, without prejudice to the refiling of the same pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

*s/ Phil R. Richards*
Phil R. Richards, OBA # 10457
Kirsten Pfeiffer, OBA # 35711
MCAFEE & TAFT
Williams Center Tower II
2 West 2nd Street
Tulsa, Oklahoma  74103
Telephone:  (918) 587-0000
Facsimile:  (918) 599-9317
Email: phil.richards@mcafeetaft.com
          kristen.pfeiffer@mcafeetaft.com

**ATTORNEYS FOR PLAINTIFF
CANAL INSURANCE COMPANY**